UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | |
|---|---|
| In re | Case No. 08-31284 |
| BARRY'S USED CARS, INC. | Chapter 7 |
| Debtor (s) | JUDGE DANIEL S. OPPERMAN |

## TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Michael A. Mason, having been appointed Trustee of the estate of the above-named Debtor, reports that I have neither received any property nor paid any money on account of this estate; that I have made diligent inquiry into the whereabouts of property belonging to the estate; and that there is no property belonging to the estate; that there is no property available for distribution from the estate over and above the exemptions claimed by the exempted law.

The Trustee herein certifies that the 341 Meeting of Creditors in this matter was held and concluded on May 8, 2008.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named Debtor has been fully administered.

I request that this report be approved and that I be discharged from any further duties as Trustee.

DATED: July 6, 2008

/s/ Michael A. Mason, Trustee
516 W. Court Street
Flint, MI 48503-5010
Phone (810) 234-9201
Email: mamtrustee@sbcglobal.net
P17185